UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD T. ROMANO and ROBERT H. MACK | CIVIL ACTION NO: 18-6582 |
| VERSUS | JUDGE: JANE TRICHE MILAZZO |
| NEXSAN TECHNOLOGIES, INC., et al. | MAGISTRATE JUDGE: DANIEL KNOWLES, III |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT** through undersigned counsel come Plaintiffs, Richard T. Romano and Robert H. Mack, who pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) file this notice of voluntary dismissal with prejudice. No party has served either an answer or a motion for summary judgment. Plaintiffs are entitled to dismiss this matter voluntarily on notice.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/     *Bruce V. Schewe*
Bruce V. Schewe (Bar #11771)
Dan Zimmerman (Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: scheweb@phelps.com
    zimmermd@phelps.com

**ATTORNEYS FOR RICHARD T. ROMANO AND ROBERT MACK**

## CERTIFICATE OF SERVICE

I certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Bruce V. Schewe*